AO 91 (Rev. 11/11)  Criminal Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**F I L E D**

Nov 19 2025

**ARTHUR JOHNSTON, CLERK**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:25-mj- 706 |
| | ) | |
| WALKER YOUNG | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Beginning April 21, 2025, and continuing through May 4, 2025  in the county of  Harrison  in the

Southern   District of  MS, Southern Division , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1) | Transportation of any visual depiction of a minor engaging in sexually explicit conduct |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Troy McCarter, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  11-19-2025

_____
*Judge's signature*

City and state:         Gulfport, Mississippi

Robert P. Myers, Jr.,United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Troy McCarter, being duly sworn, hereby depose and state as follows:

I am a Special Agent (SA) of the Department of Homeland Security, Homeland Security Investigations, in Gulfport, Mississippi (HSI Gulfport). I have been a Special Agent since November of 2009. I have received training from the Federal Law Enforcement Training Center in Glynco, Georgia. During the training, I was instructed in all phases of criminal investigation such Criminal Law, Search and Seizure, Field Enforcement Techniques, Firearms Proficiency, Interviewing, and Evidence collection.

In addition to my Special Agent duties, I also serve as a Computer Forensics Agent, and I am a Certified Forensics Computer Examiner through the International Association of Computer Investigative Specialists IACIS. I hold a Bachelor of Science Degree in Criminal Justice Administration from the University of Phoenix, Phoenix, Arizona. I have received training from the Federal Law Enforcement Training Center and other law enforcement agencies in the area of child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18 U.S.C., § 2256) in all forms of media including computer media.

I am authorized by the Homeland Security Act of 2002 to perform the duties provided by law and regulation and empowered to conduct investigations of offenses against the United States; conduct searches without warrant at the border or its functional equivalent; conduct inquiries related to alienage and removability; execute and serve search and arrest warrants; serve subpoenas and summonses; administer oaths; make arrests without warrant; require and receive information relating to offenses; and bear firearms.

1

This Affidavit is made in support of an application for the issuance of an arrest warrant for Walker YOUNG for violations of Title 18, United States Code, Section 2252(a)(1) (Transportation of any visual depiction of a minor engaging in sexually explicit conduct).

I am familiar with the information contained in this affidavit based upon the investigation I have personally conducted and based on my conversations and information provided by other law enforcement officers involved in this investigation.

Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18, United States Code, Section 2252(a)(1).

## STATEMENT OF PROBABLE CAUSE

Homeland Security Investigations (HSI) in Gulfport is investigating Walker YOUNG based on multiple National Center for Missing and Exploited Children ("NCMEC") CyberTips in reference to Dropbox accounts owned and/or controlled by YOUNG in which he was uploading child sexual abuse material ("CSAM") to the accounts. Information from Dropbox and AT&T revealed that Walker YOUNG transported images and/or videos into his Dropbox accounts, via computer, on April 21, April 24, and May 4, 2025, while at an IP address located in Long Beach, Mississippi. With this information, a search warrant was obtained for where YOUNG resides, which is a dorm room at Mississippi Gulf Coast Community College in Perkinston.

During the execution of the search warrant, cellphones that belong to YOUNG were found. On the cellphones, agents found multiple images and/or videos of child sexual abuse material to include images or videos of children as young as two-to four-years old being sexually penetrated by an adult.

2

During a post-Miranda interview, YOUNG confessed to uploading child sexual abuse material to his Dropbox accounts and to possessing child sexual abuse material on his cellphones.

### INVESTIGATION

On May 19, 2025, HSI Gulfport received NCMEC CyberTip 211512937, which was submitted by Dropbox Inc. (Dropbox). Dropbox reported that on or about May 4, 2025, the Dropbox account associated with screen/username: Walker Young, Email address: walkery1945@gmail.com, ESP user ID: 1751588707, uploaded approximately 10 suspected CSAM files to the account.

I served Dropbox Inc. with a federal search warrant for the Dropbox account associated with screen/username: Walker Young, Email address: walkery1945@gmail.com, ESP user ID: 1751588707, registration Internet Protocol (IP) address: 2600:1700:adee:31a0:9878:3438:e7c4:8c67.

Dropbox responded to the search warrant with the requested information. A review of the provided Dropbox material revealed approximately 21 CSAM videos in a deleted folder titled "hehe". Based on the UserFileLog.csv information, provided by Dropbox in NCMEC CyberTip 211512937, approximately nine CSAM videos were uploaded to the "hehe" folder in the suspect account on May 4, 2025.

Information from AT&T, in response to an HSI summons, revealed that the IP address where Walker YOUNG uploaded the CSAM to Dropbox is located in Long Beach, in Harrison County.

On August 20, 2025, HSI Gulfport received NCMEC CyberTip 209902268 in reference to the Dropbox user account associated with screen/username: walker young, Email address:

walkery1819@gmail.com, ESP User ID: 1721989939, registration IP address 2600:1700:adee:31a0:dc16:2cbb:39a7:1915.

I served Dropbox Inc. with a federal search warrant for the Dropbox account associated screen/username: walker young, Email address: walkery1819@gmail.com, ESP User ID: 1721989939, registration IP address 2600:1700:adee:31a0:dc16:2cbb:39a7:1915.

Dropbox Inc. responded with the requested information. A review of the files provided by Dropbox revealed approximately 18 CSAM videos and two folders, titled "haha" and "hehe" were located in the main Dropbox folder. Further review of the "haha" and "hehe" folders revealed approximately 26 CSAM videos in the "hehe" folder and approximately 50 CSAM images in the "haha" folder. Based on the UserFileLog.csv information provided by Dropbox in NCMEC CTR 209902268, approximately 24 CSAM files were uploaded to the account. The files were uploaded to the account by Walker YOUNG on April 21 and April 24, 2025.

Information from AT&T, in response to an HSI summons, revealed that the IP address where Walker YOUNG uploaded the CSAM to Dropbox is located in Long Beach, in Harrison County.

On November 18, 2025, HSI Gulfport, with the assistance of Stone County Sheriff's Office (SCSO) and Mississippi Gulf Coast Community College Police Department (MGCCC PD), served a federal search warrant on the dorm room of YOUNG, on the MGCCC Perkinston Campus in Perkinston, Mississippi. YOUNG was encountered in the dorm room and transported to the Stone County Sheriff's Office to be interviewed.

During the search, several mobile devices belonging to YOUNG were found in the dorm room to include a Motorola Moto g stylus IMEI 359084102904969 and Samsung Galaxy A11 IMEI 356425112397590. An on-scene preview of the Motorola Moto g stylus IMEI

4

359084102904969 revealed it contained CSAM images. The following are descriptions of some of the image files found:

- Image depicts a nude juvenile female approximately one to two years of age lying down with her legs spread exposing her vagina. An adult male is observed anally penetrating the one- to two-year-old with his penis.

- Image depicts a juvenile female approximately two to four years of age, wearing only a white long sleeve shirt, lying on a bed with a blue blanket. An adult male with black shorts pulled down exposing his penis can be observed placing his penis on the two-to-four-year olds' mouth. PROOF 2 in yellow is typed across the screen.

An on-scene preview of the Samsung Galaxy A11 IMEI 356425112397590 revealed it contained CSAM images. The following are description of some of the image files found:

- Image depicts a juvenile female approximately two to four years of age. Only the juvenile female's shoulders and head are observed. An adult male's penis is observed in the juvenile female's mouth and hand is observed on the back of the juvenile female's head.

- Image depicts a juvenile female approximately two to four years of age and a nude adult white male standing beside the juvenile female. The two- to four-year-old is observed grabbing the adult male's penis while licking the penis.

During a recorded post-*Miranda* interview conducted at Stone County Sheriff's Office with HSI agents, YOUNG admitted to setting up and uploading CSAM material to the Dropbox accounts detailed in NCMEC CyberTip 211512937 and NCMEC CyberTip 209902268. YOUNG also admitted to knowing the Motorola Moto g stylus IMEI 359084102904969 and Samsung Galaxy A11 IMEI 356425112397590 contained CSAM images and videos.

## CONCLUSION

Based on the above information, Walker YOUNG, knowingly transported, utilizing a computer via the internet, images and videos depicting a minor engaging in sexually explicit conduct on April 21, 2025, and April 24, 2025.

Further, based on the above information, Walker YOUNG, knowingly possessed one or more images and videos depicting a minor engaging in sexually explicit conduct on November 18, 2025.

Based upon the foregoing, I respectfully request that this Court issue an arrest warrant for Walker YOUNG for violations of 18 U.S.C. § 2252(a)(1).

_____
Special Agent Troy McCarter
U.S. Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn before me this _19th_ of November 2025.

_____
UNITED STATES MAGISTRATE JUDGE

6